The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINDA TAYLOR, a single woman, in her individual and/or official capacities;<br><br>Plaintiff,<br><br>vs.<br><br>EVERETT PUBLIC SCHOOL DISTRICT; MICHELE WADDEL, in her individual and public capacities and on behalf of his marital community with JOHN DOE WADDLE; KELLY BELL, in her individual and public capacities and on behalf of his marital community with JOHN DOE BELL; John Doe 1-5 and Jane Doe 1-5 (fictitious individuals whose identities are presently unknown),<br><br>Defendants. | No. 2:23-cv-01078-MJP<br><br>**STIPULATION AND ORDER OF DISMISSAL PURSUANT TO FRCP 41(1)(a)(ii) OF DEFENDANTS MICHELE WADDEL AND KELLY BELL INDIVIDUALLY AND IN THEIR PUBLIC CAPACITY AND ON BEHALF OF THEIR MARITAL COMMUNITIES**<br><br>**(Clerk's Action Required)** |

## STIPULATION

**COMES NOW** Plaintiff, LINDA TAYLOR, by and through her attorneys of record, Beverly Grant and Jeffery Bradley of the Beverly Grant Law Firm, P.S., and Defendants Everett Public School District, Michele Waddel, and Kelly Bell, by and through their attorneys of record, Angela N. Marshlain and Sarah A. Tatistcheff of Patterson

Buchanan Fobes & Leitch, P.S, and pursuant to FRCP 41(1)(a)(ii), the parties by agreement stipulate:

1. That all claims against Defendants Michele Waddel and Kelly Bell, individually and in their public capacity along with claims against their marital communities, be dismissed without costs to any parties hereto; and

2. That the case will proceed against Defendant Everett Public School District.

DATED this 16th day of July 2024.

BEVERLY GRANT LAW FIRM, P.S.

By: */s/ Beverly G. Grant*
Beverly G. Grant, WSBA No. 8034
Jeffery D. Bradley, WSBA No. 27726
1702 Commercial Street
Steilacoom, WA 98388
Phone: (253) 252-5454
beverly@bevgrantlaw.com
Jefferybradley@bevgrantlaw.com
Attorneys for Plaintiff

**APPROVED AS TO FORM** Attorneys for Defendants,

PATTERSON BUCHANAN FOBES & LEITCH, P.S

*/s/Angela N. Marshlain*
Angela N. Marshlain, WSBA No. 37118
Sarah A. Tatistcheff, WSBA No. 51098
100 Second Ave., 30th Floor
Seattle, WA 98104
Tel: (206) 682 – 2308
anm@pattersonbuchanan.com
sat@pattersonbuchanan.com

## ORDER

THIS MATTER having come on before the above-entitled court on the Stipulation of the undersigned parties, now, therefore, it is hereby:

ORDERED, ADJUDGED AND DECREED that the claims of Plaintiff against Defendants Michele Waddel and Kelly Bell, individually and in their public capacity along with claims against their marital communities, , be dismissed with prejudice and without costs to any party hereto.

DATE this 23rd day of July 2024.

_____
Hon. Marsha J. Pechman
United States Senior District Judge